UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61236-WPD/SNOW

PIERO A. BUGONI,

    Plaintiff,

vs.

BROWARD COUNTY FLORIDA, et al.

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Defendants' March 16, 2021 Motion to Dismiss Plaintiff's Second Amended Complaint [DE 51], the Court's April 6, 2021 Order to Show Cause [DE 52], the Court's April 15, 2021 Order of Dismissal [DE 54], the Plaintiff's Show of Cause Against Granting Defendant's Motion to Dismiss, postmarked April 14, 2021, stating that Plaintiff did not receive any Motion to Dismiss from Defendants [DE 56], Plaintiff's Motion to Compel Proper Service, postmarked April 14, 2021, requesting that the Court order Defendants to serve the Motion to Dismiss by Certified Mail and to file the delivery receipt with the Court [DE 57], the Court's April 20, 2021 Order Requiring Response from Defendants [DE 58], Defendants' April 26, 2021 Response to Plaintiff's Motion to Compel and Response to Plaintiff's Response to Order to Show Cause [DE 60], Defendants' April 27, 2021 Notice of Filing Supporting Affidavits [DE 63], and the May 25, 2021 Magistrate Judge's Report and Recommendation (the "Report") [DE 67].

The Court notes that no objections to the Report [DE 67] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 14] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 67] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 67] is hereby **ADOPTED** and **APPROVED**;
2. Plaintiff's Motion to Compel Proper Service [DE 57] is hereby **DENIED**;
3. This case shall remain **CLOSED**;
4. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of June, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Piero A. Bugoni,
160 W. Camino Real #191
Boca Raton, Florida 33432